LEWIS BRISBOIS BISGAARD & SMITH LLP
ALEX A. GRAFT, SB# 239647
    E-Mail: Alex.Graft@lewisbrisbois.com
STEPHEN C. UBL, SB# 251849
    E-Mail: Stephen.Ubl@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Third Party Defendant MARK DAVIS INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A FOWLER, a California citizen and DANIEL GATLEY, a Californa citizen doing business as GATLEY GUNSMITHING,<br><br>Defendants. | CASE NO. 3:15-cv-05184-EMC<br><br>JOINT STIPULATION and [PROPOSED] ORDER TO EXTEND TIME FOR THIRD PARTY DEFENDANT MARK DAVIS INSURANCE AGENCY, INC.'S TO ANSWER OR OTHERWISE RESPOND TO THE THIRD PARTY COMPLAINT FOR INDEMNITY<br><br>Trial Date:    None Set |
| DAVID A FOWLER,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>MARK DAVIS INSURANCE AGENCY, INC.,<br><br>Third Party Defendant. | |

Third Party Defendant MARK DAVIS INSURANCE AGENCY, INC. ("MARK DAVIS INSURANCE") and Third Party Plaintiff DAVID A. FOWLER ("FOWLER") (collectively referred to as the "Parties") by and through their undersigned counsel hereby Stipulate and agree as follows:

1.   MARK DAVIS INSURANCE'S responsive pleading to FOWLER'S Third Party Complaint was due on or about Friday, March 25, 2016.

2.   The law firm of Lewis Brisbois Bisgaard & Smith LLP has very recently been retained to represent MARK DAVIS INSURANCE in this matter.

3.   At the earliest possible time, counsel for MARK DAVIS INSURANCE contacted counsel for FOWLER to notify him of the retention and ask for an extension of time to review and evaluate the Third Party Complaint and to file a responsive pleading in this matter for MARK DAVIS INSURANCE.

4.   Counsel for MARK DAVIS INSURANCE and FOWLER have met and conferred and have agreed to a brief extension of time for MARK DAVIS INSURANCE to file a responsive pleadings to the Third Party Complaint.

5.   The Parties have agreed to a twenty-one (21) day extension from the date of their telephone discussion on April 1, 2016 to allow MARK DAVIS INSURANCE to respond to the Third Party Complaint. Therefore, the Parties have agreed that MARK DAVIS INSURANCE will file and serve a responsive pleading in this matter on or before **Friday, April 22, 2016.**

6.   The brief extension will allow counsel for MARK DAVIS INSURANCE to review and evaluate the allegations of the Third Party Complaint and the original Complaint in this action and confer with their client regarding a defense of this matter, including preparing a responsive pleading.

7.   The Parties hope to avoid burdening the Court with unnecessary motion practice by way of this brief extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

THEREFORE, based on the good cause shown above, it is STIPULATED and AGREED that Third Party Defendant MARK DAVIS INSURANCE AGENCY, INC. shall have until April 22, 2016 to respond to the Third Party Complaint of Third Party Plaintiff DAVID A. FOWLER. The filer attests under Civil Local Rule 5-1(i)(3) that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: April 1, 2016            FOWLER AND BALL


                                By: _____
                                    Robert A. Fowler
                                    *Attorneys for Third Party Plaintiff*
                                    David A. Fowler


DATED: April 1, 2016            LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By: _____/s/ Stephen C. Ubl_____
                                    Alex A. Graft
                                    Stephen C. Ubl
                                    *Attorneys for Third Party Defendant*
                                    MARK DAVIS INSURANCE AGENCY, INC.

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES:**

It is hereby ordered Third Party Defendant MARK DAVIS INSURANCE AGENCY, INC. shall have until **April 22, 2016** to respond to the Third Party Complaint of Third Party Plaintiff DAVID A. FOWLER.

**IT IS SO ORDERED.**

Dated: April __11__, 2016       By: _____
                                    Hon. Ed...
                                    United S...

IT IS SO ORDERED
Judge Edward M. Chen

# FEDERAL COURT CERTIFICATE OF SERVICE

*Colony Insurance Company v. David A. Fowler, et al. and related third party action*
United States District Court, Northern District, Case No. 3:15-cv-05184-EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 7, 2016, I served the following document(s):

**JOINT STIPULATION and [PROPOSED] ORDER TO EXTEND TIME FOR THIRD PARTY DEFENDANT MARK DAVIS INSURANCE AGENCY, INC.'S TO ANSWER OR OTHERWISE RESPOND TO THE THIRD PARTY COMPLAINT FOR INDEMNITY**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 7, 2016, at San Francisco, California.

Norma Jean Vincent

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

3:15-cv-05184-EMC
CERTIFICATE OF SERVICE

**SERVICE LIST**
*Colony Insurance Company v. David A. Fowler, et al. and related third party action*
*United States District Court, Northern District, Case No. 3:15-cv-05184-EMC*

| Attorneys for Plaintiff Colony Insurance Company | Pro Se Defendant |
|---|---|
| Jeffrey Alan Charlston<br>Bruce Tabor Smyth<br>Charlston, Revich and Wollitz LLP<br>1925 Century Park East Suite 1250<br>Los Angeles, CA 91367<br>Phone: 310-551-7000<br>Phone: 310-551-7010 (Jeffrey)<br>Phone: 310-551-7055 (Bruce)<br>Fax: 310-203-9321<br>Email: jcharlston@crwllp.com<br>Email: bsmyth@crwllp.com | David A. Fowler<br>3490 Happy Valley Court<br>Santa Rosa, CA 95404<br>Phone: 707-331-5199<br>Fax: 707-462-2731<br>Email: davidfowler80@gmail.com |
| **Attorneys for Defendant Daniel Gatley** | **Attorneys for Defendant and Third Party Plaintiff David A. Fowler** |
| Delphine S. Adams<br>Joy L. Durand<br>Dickenson, Peatman & Fogarty, P.C.<br>100 B Street, Suite 320<br>Santa Rosa, CA 95401<br>Phone: 707-524-7000<br>Fax: 707-546-6800<br>Email: dadams@dpf-law.com<br>Email: jdurand@dpf-law.com | Robert A. Fowler<br>Fowler and Ball<br>150 North Pine Street<br>Ukiah, CA 95482<br>Phone: 707-462-1429<br>Fax: 707-462-2731<br>Email: rafowler150@gmail.com |