Jeffrey A. Charlston (State Bar No. 65427)
E-Mail: jcharlston@crwllp.com;
Telephone: (310) 551-7010
Bruce T. Smyth (State Bar No. 89171)
E-Mail: bsmyth@crwllp.com
Telephone: (310) 551-7055
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Facsimile:  (310) 203-9321

Attorneys for Plaintiff
Colony Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DAVID A. FOWLER, a California citizen, and DANIEL GATLEY, a California citizen, doing business as GATLEY GUNSMITHING,<br><br>                    Defendants. | Case No.: 3:15-cv-05184-EMC<br><br>[*Assigned to Hon. Edward M. Chen, Courtroom 5*]<br><br>NOTICE OF SETTLEMENT<br><br>ORDER |

PLEASE TAKE NOTICE that the subject matter of this action has been settled.  The parties will file the appropriate Stipulation for Dismissal when the settlement document has been consummated.

DATED: May 26, 2016                      CHARLSTON, REVICH & WOLLITZ

```
IT IS SO ORDERED that the Status
conference is reset from 6/9/16 to
8/4/16 at 10:30 a.m. An updated joint
status report shall be filed by
7/28/16.
_____
Edward M. Chen, U.S. District Judge
```

                                         /s/ Jeffrey A. Charlston
                                         By_____
                                             Jeffrey A. Charlston
                                             Attorneys for Plaintiff
                                             Colony Insurance Company

{00122565.DOCX 1}
NOTICE OF SEETTLEMENT