| | |
|---|---|
| 1 | Jeffrey A. Charlston (State Bar No. 65427) |
| |    E-Mail: jcharlston@crwllp.com; |
| 2 |    Telephone: (310) 551-7010 |
| | Bruce T. Smyth (State Bar No. 89171) |
| 3 |    E-Mail: bsmyth@crwllp.com |
| |    Telephone: (310) 551-7055 |
| 4 | CHARLSTON, REVICH & WOLLITZ LLP |
| | 1925 Century Park East, Suite 1250 |
| 5 | Los Angeles, California 90067 |
| | Facsimile:  (310) 203-9321 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | Colony Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation, | Case No.: 3:15-cv-05184-EMC |
|                 Plaintiff, | [Assigned to the Hon. Edward M. Chen] |
|   vs. | |
| DAVID A. FOWLER, a California citizen, and DANIEL GATLEY, a California citizen, doing business as GATLEY GUNSMITHING, | STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE |
|                 Defendants. | [F.R.C.P. 41(a)(1)(A)(ii)] |
| DAVID A. FOWLER, | |
|       Third Party Plaintiff, | |
|   vs. | |
| MARK DAVID INSURANCE AGENCY, INC., | |
|       Third Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between all of the parties to this action, acting through their designated counsel of record, that the above

captioned action, including and all cross-claims and third party claims, shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs.

DATED: June 16, 2016                    CHARLSTON, REVICH & WOLLITZ

                                            /s/ Jeffrey A. Charlston
                                    By_____
                                               Jeffrey A. Charlston
                                             Attorneys for Plaintiff
                                           Colony Insurance Company

DATEDJune 16, 2016                      DICKENSON, PEATMAN & FOGARTY

                                            /s/ Delphine S. Adams
                                    By_____
                                               Delphine S. Adams
                                           Attorneys for Defendant
                                         Daniel Gatley dba Gatley Gunsmithing

DATED: June 16, 2016                    FOWLER & BALL

                                            /s/ Robert A. Fowler
                                    By_____
                                               Robert A. Fowler
                               Attorneys for Defendant and Third Party Plaintiff
                                             David A. Fowler

DATED: June 16, 2016                    LEWIS BROISBOIS BISGAARD & SMITH LLP

IT IS SO ORDERED:                                   /s/ Stephen C. Ubl
_____                By_____
Edward M. Chen                                      Stephen C. Ubl
U.S. District Judge                           Attorneys for Third Party Defendant
                                         Mark Davis Insurance Agency, Inc.

[SEAL: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

2
STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(a)(1)(A) (ii)]